UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISON

CASE NO.: 23-cv-23748-PCH

WINDY LUCIUS,

    Plaintiff,
v.

CAFE AMERICANO X BCC LLC,
d/b/a Café Americano

    Defendant.
_____/

**NOTICE OF COMPLIANCE**

Plaintiff, WINDY LUCIUS, by and through the undersigned counsel, and pursuant to Court's Order of Court-Mandated Requirements in American with Disabilities Act Cases, [DE 4], hereby files this Notice of Compliance and according have served Defendant, CAFE AMERICANO X BCC LLC, d/b/a Café Americano, a copy of the following:

1. Order of Court-Mandated Requirements in ADA Cases, [DE 4]

2. Plaintiff's Statement of Claim, [DE 6]

Respectfully submitted this October 31, 2023.

                                        By: */s/ J. Courtney Cunningham*
                                        J. Courtney Cunningham, Esq.
                                        FBN: 628166
                                        J. COURTNEY CUNNINGHAM, PLLC
                                        8950 SW 74th Court, Suite 2201
                                        Miami, Florida 33156
                                        T:  305-351-2014
                                        cc@cunninghampllc.com
                                        legal@cunninghampllc.com

Lucius v. Café Americano<br>
Case No. 23-cv-23748-PCH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this October 31, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served via transmission of the Notice of Electronic Filing generated by CM/ECF to all parties and counsel of record, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Telephone: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*