UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-23748-PCH

WINDY LUCIUS,

    Plaintiff,

v.

CAFÉ AMERICANO X BCC LLC,
d/b/a Café Americano

    Defendant.
_____/

**DEFENDANT'S NOTICE OF SETTLEMENT**

Defendant, CAFÉ AMERICANO X BCC LLC, d/b/a Café Americano hereby gives notice that it has reached a settlement agreement with Plaintiff, WINDY LUCIUS.

[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]

CASE NO.: 1:23-cv-23748-PCH

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of January 2024, a true and correct copy of the foregoing was filed with the Clerk of Miami-Dade County by using the Florida Courts e-Filing Portal, which will send an automatic e-mail message to the following parties registered with the e-Filing Portal system:

> COLE, SCOTT & KISSANE, P.A.
> *Counsel for Defendant, Café Americano X BCC, LLC d/b/a Café Americano*
> Cole, Scott & Kissane Building
> 9150 South Dadeland Boulevard, Suite 1400
> P.O. Box 569015
> Miami, Florida 33156
> Telephone (786) 268-6415
> Facsimile (305) 373-2294
> Primary e-mail: cody.german@csklegal.com
> Secondary e-mail: benjamin.lang@csklegal.com
> Alternate e-mail: nicolle.quant@csklegal.com
> Alternate e-mail: valentina.winkfield@csklegal.com

By: *s/ Benjamin Lang*
CODY GERMAN
Florida Bar No.: 58654
BENJAMIN LANG
Florida Bar No.: 1015897

3131.1102