UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-23748-PCH

**WINDY LUCIUS**,

    Plaintiff,

vs.

**CAFÉ AMERICANO X BCC LLC**
**d/b/a Café Americano**,

    Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE

**THIS MATTER** is before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice [ECF No. 15], which was filed on February 22, 2024. The parties advise the Court that they stipulate and agree to dismissal of the above-captioned action with prejudice. Accordingly, having reviewed the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, with each side to bear its own fees and costs. The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida on February 23, 2024.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record